# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDWARD THOMAS KENNEDY,** : | |
| Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION NO. 18-CV-3532** |
| : | |
| **BRADLEY J. GETZ,** *et al.*, : | |
| Defendants. : | |

## ORDER

AND NOW, this 27th day of August, 2018, upon consideration of Plaintiff Edward Thomas Kennedy's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1) and his *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1.  Leave to proceed *in forma pauperis* is **GRANTED**.

2.  The Complaint is **DEEMED** filed.

3.  The Complaint is **DISMISSED** as malicious and for failure to state a claim for the reasons set forth in the Court's Memorandum. Kennedy may not file an amended complaint in this matter.

4.  The Court places Kennedy on notice that filing another new case regarding the events of June 2, 2017, August 28, 2017, as well as his incarceration from August 28-30, 2017, may result in restriction of his filing privileges. *See Abdul-Akbar v. Watson*, 901 F.3d 329, 333 (3d Cir. 1990).

5.  The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
**JEFFREY L. SCHMEHL, J.**